JS - 6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KLEAN WATERS, INC.; TIM MILLER; SHAUN MILLER;<br><br>                    Plaintiffs,<br><br>v.<br><br>ORANGE COUNTY SANITATION DISTRICT, a government entity organized under the laws of the State of California; ORANGE COUNTY SANITATION DISTRICT BOARD OF DIRECTORS; JAMES HERBERG, an individual; and DOES 1-10<br><br>                    Defendants. | CASE NO.:  8:15-cv-01498-JVS-FFM<br><br>BEFORE THE HONORABLE JAMES V. SELNA<br><br>**JUDGMENT ON DENIAL OF ADMINISTRATIVE WRIT OF MANDATE**<br><br>Complaint Filed:    September 16, 2015<br><br>[*Filed concurrently with Notice of Lodging*] |

## JUDGMENT

This matter came regularly for hearing on February 8, 2017 before the Honorable James V. Selna in Department 10C of the above-entitled Court. Matthew I. Kaplan of Tucker Ellis LLP appeared on behalf of Plaintiffs and Petitioners Klean Waters, Inc., Tim Miller, and Shaun Miller (collectively "Klean Waters"). Roger A. Cerda appeared on behalf of Respondents and Defendants Orange County Sanitation District, Orange County Sanitation District Board of Directors, and James Herberg (collectively "the District"). The Court heard oral argument, considered the arguments of all parties, considered the entirety of the administrative record, pleadings, papers and all other matters presented to the Court, and the matter was taken under submission. On February 27, 2017 the Court issued an Order Denying Motion for Administrative Writ of Mandate ("Order"). A true and correct copy of the Order is attached hereto as **Exhibit A**. Pursuant to and consistent with that Order,

**IT IS HEREBY ADJUDGED, ORDERED, AND DECREED THAT**:

1.  Klean Waters' Motion for Writ of Administrative Mandamus is **DENIED**;

2.  Klean Waters' Verified First Amended Complaint for Writ of Mandate and Permanent Injunction is **DENIED** in its entirety;

3.  Judgment is entered in favor of the District, and against Klean Waters with respect to all claims in the Verified First Amended Complaint for Writ of Mandate and Permanent Injunction.

Dated: May 15, 2017 

_____
Honorable James V. Selna
United States District Court Judge